**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alexander JACKSON, Defendant–Appellant.**

**No. 03–30335.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 31, 2003.

Josette Louise Cassiere, Assistant US Attorney, US Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Alexander Jackson appeals his conviction by a jury for being a felon in posses-

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sion of a firearm. He asserts that the evidence was insufficient to establish that the item in question was a "firearm" as defined in 18 U.S.C. § 921(a)(3). After reviewing the record and the arguments of counsel, we hold that the evidence was sufficient for a reasonable jury to find that the item in question was in fact a "firearm." *See United States v. Blevinal,* 607 F.2d 1124, 1128 (5th Cir.1979); *United States v. Seastrunk,* 580 F.2d 800, 802 (5th Cir.1978). Consequently, the judgment of the district court is AFFIRMED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.